

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2018

No. 04-18-00579-CR

Alejandro **ALTAMIRANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 13822CR
Honorable Enrique Fernandez, Judge Presiding

## O R D E R

    The court reporter responsible for preparing the reporter's record for this appeal has filed a notification of late record, stating that the reporter's record has not been filed because appellant has failed to request the record in writing. It is therefore ORDERED that appellant provide written proof to this court within ten days of the date of this order that the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2018.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court